UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ELIZABETH CARR, individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

FREEDOM CARE LLC,

                Defendant.

Case No.: 5:20-cv-01597 (MAD)(TWD)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendant with no award of attorneys' fees or costs to any party.

Respectfully submitted,

GATTUSO & CIOTOLI, PLLC
*ATTORNEYS FOR PLAINTIFF*
7030 E. Genesee St.
Fayetteville, New York
(315) 314-8000

By: *s/ Frank S. Gattuso*
     Frank S. Gattuso, Esq.

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 1174
Tel.: (631) 247-04047

By: *Noel P. Tripp*
     Noel P. Tripp, Esq.

SO ORDERED on this 9th day of May, 2022.

*/s/ Mae A. D'Agostino*
Hon. Mae A. D'Agostino
United States District Judge

8